UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN KOLAR and ARIISE PARTNERS,

                Plaintiffs,

-v-

GABRIELLE FITZPATRICK,

                Defendant.

24-CV-3210 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant was served on July 29, 2024. However, no appearance has been entered on Defendant's behalf, and no response to the complaint has been filed in the allotted time. Plaintiffs have not moved for a default judgment.

    Plaintiffs are directed to notify the Court whether they intend to move for default judgment, or if they have received any communication from Defendant or its counsel regarding a response to the complaint.

    If Plaintiffs fail by October 17, 2024, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

    Plaintiffs are directed to serve a copy of this order by mail on Defendant.

    SO ORDERED.

Dated: October 2, 2024
       New York, New York

                                      J. PAUL OETKEN
                                      United States District Judge