UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN KOLAR, et al.,

                       Plaintiffs,

-v-                                   CIVIL ACTION NO.: 24 Civ. 3210 (JPO) (SLC)

**ORDER**

GABRIELLE FITZPATRICK,

                       Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

    This action has been referred to the undersigned for settlement. (ECF No. 35). Accordingly, a telephone conference to schedule a settlement conference is scheduled for **Monday, March 3, 2025 at 4:30 p.m. ET** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; phone conference ID: 372 319 881#, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference, as well as their preferred format for the settlement conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:      New York, New York
               February 21, 2025

                                                SO ORDERED.

                                                _____
                                                SARAH L. CAVE
                                                **United States Magistrate Judge**